# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3353
_____

GARY A. STEINBERG,

Appellant,

v.

CITY OF TALLAHASSEE/CITY OF
TALLAHASSEE RISK
MANAGEMENT

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident: August 20, 2011.

May 23, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for
Appellant.

Christopher J. DuBois and Mary E. Cruickshank of DuBois &
Cruickshank, P.A., Tallahassee, for Appellees.